I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: _Oct. 19 2010_

_Melissa Cash_
DEPUTY CLERK

"O"

FILED
CLERK, U.S. DISTRICT COURT

OCT 19 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

NERY QUINTANILLA,               )   Case No.  CV 10-4078-PSG (RNB)
                                )
                Petitioner,     )   ORDER ADOPTING FINDINGS,
                                )   CONCLUSIONS AND
        vs.                     )   RECOMMENDATIONS OF UNITED
                                )   STATES MAGISTRATE JUDGE
                                )
RANDY GROUNDS (Warden),         )
                                )
                Respondent.     )
_____)

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. Objections to the Report and Recommendation have been filed herein. Having made a de novo determination of those portions of the Report and Recommendation to which objections have been made, the Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that (1) petitioner's requests for a stay and for leave to amend are denied; (2) respondent's Motion to Dismiss is granted; and (3) Judgment be entered denying the Petition and dismissing this action without prejudice.

DATED: _10/15/10_

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE