ENTER/JS-6

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 10/19/2010

DEPUTY CLERK

FILED
CLERK, U.S. DISTRICT COURT
OCT 19 2010
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NERY QUINTANILLA,<br><br>Petitioner,<br><br>vs.<br><br>RANDY GROUNDS (Warden),<br><br>Respondent. | Case No. CV 10-4078-PSG (RNB)<br><br>**JUDGMENT** |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

DATED: 10/15/10

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
OCT 19 2010
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY